<u>IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO</u>

Civil Action No.

CINDY M. SMITH,

    Plaintiff,

v.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,

    Defendant.

## DEFENDANTS' NOTICE OF REMOVAL

    COMES NOW the Defendant, Allstate Fire and Casualty Insurance Company, by and through counsel, The Ross-Shannon Law Firm, P.C., and pursuant to 28 U.S.C.A. § 1446, hereby removes the above action from the District Court for the County of Boulder, based on the following grounds:

    1.    The above action was filed in the District Court, Boulder County, Colorado and is now pending in that Court.  Process, including a Summons and Complaint, was served on the Defendant on January 9, 2015.

    2.    The Plaintiff alleges that this action is a civil action involving an amount in controversy exceeding $100,000, exclusive of interest and costs. Specifically, in the Second Claim for Relief of the Complaint and Jury Demand, Plaintiff asserts a First Party Statutory Claim under C.R.S. § 10-3-1116, stating she is entitled to recover from the Defendant two times the covered under-insured motorist benefits plus attorneys' fees and Court costs.  The Complaint also asserts a Breach of Contract for uninsured/under-insured motorist benefits, including economic and non-economic damages.

    3.    Moreover, this is a civil action between parties of diverse citizenship and for which this Court, has original jurisdiction under 28 U.S.C.A. § 1332. Plaintiff is a citizen of the State of Colorado, and Defendant is a citizen of the State of Illinois.  No change of citizenship has occurred since the commencement of this action.

4.Defendant is entitled to remove the above action from the State District Court to the United States District Court pursuant to 28 U.S.C.A. § 1446(a).

5.Copies of all process and pleadings served on Defendant are attached and filed with this Notice.

Dated:  January 30, 2015Respectfully submitted,


s/  Mark J. Gauthier
_____
Bradley Ross-Shannon
Mark J. Gauthier
THE ROSS-SHANNON LAW FIRM, P.C.
12596 West Bayaud Avenue, Suite 380
Lakewood, CO  80228
Telephone:  (303) 988-9500
Facsimile:  (303) 988-9511
E-mail:  br-s@ross-shannonlaw.com
mgauthier@ross-shannonlaw.com

Attorney for Defendants
Allstate Fire and Casualty Insurance Company

Defendant's Address:

2775 Sanders Road
Northbrook, IL 60062

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of January, 2015, a true and correct copy of the foregoing **NOTICE OF REMOVAL** was sent via ICCES, addressed to the following:

Michael Born, Esq.
Franklin D. Azar & Associates, P.C.
14426 East Evans Avenue
Aurora, Colorado 80014

*Signed original document maintained and
available pursuant to Rule 121*
*/s/ Brenda Westra*

