IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 15-cv-00206-RM-CBS

CINDY M. SMITH,

    Plaintiff,

v.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

THIS MATTER coming before the Court upon the Stipulation for Dismissal with Prejudice (ECF No. 14) of the Plaintiff, Cindy M. Smith, and the Defendant Allstate Fire and Casualty Insurance Company, and the Court having examined said Stipulation,

FINDS that the Stipulation is proper and should be approved.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that all matters concerning Cindy M. Smith, in the within action against Allstate Fire and Casualty Insurance Company, be and the same hereby are, dismissed with prejudice, each party to pay their own costs and attorney fees.

DATED this 13th day of April, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge